Kevin Cunningham, Reg. No. 14609-014
La Tuna Federal Correctional Institution
P.O. Box 3000, Athony, NM 88021-9897
Defendant-Movant In Pro Se

FILED
2008 MAR 25 P 2:55
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut, Bridgeport

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 3:02CR 95 (AH) |
| Plaintiff-Respondent ) | Motion No. _____ |
| -v- ) | |
| ) | DEFENDANT-MOVANT'S NOTICE MOTION AND MOTION FOR REDUCTION OF SENTENCE UNDER NEW SENTENCING COMMISSION GUIDE LINES FOR "CRACK COCAINE VERSUS POWDER COCAINE" AND/OR NEW CASE LAW |
| Defendant-Movant In Pro Se ) | Date: As set by the Court |
| ) | Time: As set by the Court |
| ) | Judge Alan H. Nevas |

To the Honorable District Court Judge and to the United States Attorney:

On the Date and Time set by the Court as (date)_____ and (time)_____ the Defendant-Movant In Pro Se will move the Court for a reduction to time to be served for the maximum allowable reduction of his sentence under the new rules of the United States Sentencing Commission passed on December 11, 2007 and made effective as of March 3, 2008 relating to the ratio differences between Cocaine Base i.e. "Crack" and Cocaine Powder under 28 USC §994 et. al. and Table 1B 1.10 et. al.

Further Defendant requests all possible reductions under the recent United States Supreme Court cases of Kimbrough v. US Case No. 06-6330, 552 US _____, Dec. 10, 2007 and Gall v. US

(1)

1  Case No. 06-7949, 552 US ____. Dec. 10, 2007.

2  Defendant-Movant is not arguing any factual issues on which
3  the finding of guilt was made, or any sentencing issues outside
4  of this end to the crack-powder cocaine difference, other then
5  recalculation starting from the beginning with the ratio formula
6  changes and any reduction relating thereto, effective March 3,
7  2008. (See 169 LEd 2d 481 and 445, 2007 Lexis 13082 and 13083).

8  If other such motions by other defendants are being handled
9  in a class action type procedure then he consents to being a
10 member of that class.

11 Defendant-Movant incorporates by reference and requests
12 judicial notice of the Court's Docket, the Judgment of Sentence
13 and Commitment and any Government Reports relating to quanity
14 of cocaine basis, "crack" that the Court used in setting any
15 part of his sentence.

16 Defendant-Movant further requests that notice of such re-
17 ductions be immediate sent to the Federal Bureau of Prisons by
18 the United States Attorney.

19 Respectfully submitted;                Date: March 17, 2008

21
22 x /s/ Kevin Cunningham
   Kevin Cunningham, 14609-014
   Defendant-Movant In Pro Se

PROOF OF SERVICE

I, James S. Davis_____, am not a party to this action, I am
over 18 years of age and a U.S. Citizen. On the __17th__ day
of __March_____, 2008 I served this Notice of Motion by
first class, pre-paid mail addressed as:
Office of the United States Attorney, 915 LaFayette,
Bridgeport, CT. 06604
Executed under the penalty of perjury of the Laws of the United
states of America this __17th day of __March_____, 2008.

x /s/

(2)