1  Kevin Cunningham, Reg. No. 14609-014
2  La Tuna Federal Correctional Institution
   P.O. Box 3000, Anthony, NM 88021-9897
   Defendant-Movant In Pro Se

FILED

2008 APR 28 P 2: 06

3
4              UNITED STATES DISTRICT COURT
5        DISTRICT OF CONNECTICUT, BRIDGEPORT CONN

U.S. DISTRICT COURT
BRIDGEPORT CONN

6  UNITED STATES OF AMERICA    )    Case No. 3:02CR95 (AHN)
                               )
7        Plaintiff-Respondent  )
                               )    Defendant-Movant's Reply to
8  -v-                         )    USA April 11, 2008 "Opposition"
                               )    to Motion for Reduction of
9  KEVIN CUNNINGHAM            )    Sentence
                               )    Date as set by the Court:
10       Defendant-Movant      )
         In Pro Se             )
11  _____ )

12     TO THE DISTRICT COURT AND THE RESPONDENT USA:

13     A review of the USA's April 11, 2008 "Opposition" to my

14  Motion shows two defects.

15     First the USA uses the wrong starting point.  The total time

16  is based on the basic sentence to which enhancements are added.

17     The USA wants to start at the total sentence first and then

18  subtract the new sentencing guideline credits.

19     This case requires new sentencing calculations under FedR

20  CrimPro, Rule 43 as if this was a powder cocaine case from the

21  start.

22     Next the USA does not contest the citiation of Kimbrough

23  and Gall in my Motion.  These U.S. Supreme Court cases give the

24  sentencing court the authority to vary from the minimum sentence

25  in my case.

26     If the USA is going to contest the legal and factual basis

27  of my Motion for reduction then I ask for appointment of Counsel

28  and an In Person hearing so the facts and law can be presented

                              (1)

1  directly to the Court.

2      This just a setence reduction issue that will still require

3  me to serve time as part of my conviction.  The USA does not ben-

4  ifit from the additional time they want me to serve, while my

5  family suffers.

6  Respectfully Submitted;             April 18, 2008

7

8                         x _Kevin Cunningham_
                            Kevin Cunningham,
                            Defendant-Movant In Pro Se

9

10                         PROOF OF SERVICE

11  I, James S. Davis, declare under 28 USC §1746 that on  April 18,
    2008 that I am not a party to this action, that I am over 18
    years of age and a U.S. Citizen.  On that date I served this Re-
12  ply on the U.S. Attorney by placing it in a pre-paid first class
    envelope and putting it in the La Tuna FCI mail system addressed
13  as:
    Office fo the U.S. Attorney
14  915 LaFayette
    Bridgeport, CT 06604

15

16  Executed on April 18, 2008.

                           x _James S. Davis, Declarant_
17  ////////////////

18

19

20

21

22

23

24

25

26

27

28

                              (2)